IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

VALERIE MARTINEZ,

    Plaintiff,

vs.                                                                                   No. CIV 18-0201 JB\GBW

NICK NARANJO, individually and in his
official capacity as a Member of the Jemez
Mountains Electrical Cooperative; LEO
MARQUEZ, individually and in his
official capacity as a Member of the Jemez
Mountains Electrical Cooperative;
DONNA MONTOYA-TRUJILLO,
individually and in her official capacity as
a Acting General Member of the Jemez
Mountains Electrical Cooperative;
LAURA RENDON, individually and in
her official capacity as a Executive
Assistant to the Member of the Jemez
Mountains Electrical Cooperative, and the
JEMEZ MOUNTAINS ELECTRICAL
COOPERATIVE,

    Defendants.

## **FINAL JUDGMENT**

    **THIS MATTER** comes before the Court on: (i) the Order Granting Joint Motion to Dismiss Individual Defendant Nick Naranjo, filed November 30, 2018 (Doc. 44); (ii) the Order Granting Joint Motion to Dismiss Individual Defendant Leo Marquez, filed November 30, 2018 (Doc. 45); (iii) the Order Granting Joint Motion to Dismiss Individual Defendant Laura Rendon, filed November 30, 2018 (Doc. 46); (iv) the Order Granting Joint Motion to Dismiss Individual Defendant Donna Montoya-Trujillo, field November 30, 2018 (Doc. 48); and (v) the Order Granting the Joint Motion to Dismiss Jemez Mountains Electric Cooperative, filed November 30,

2018 (Doc. 49)(collectively, "Orders").  In the Orders, the Court dismissed all claims against all Defendants with prejudice.  With no more claims or parties before the Court, the Court enters Final Judgment pursuant to rule 58 of the Federal Rules of Civil Procedure.

      **IT IS ORDERED** that: (i) the Plaintiffs' claims against the Defendants are dismissed with prejudice; and (ii) Final Judgment is entered.

                                                  _____
                                                    UNITED STATES DISTRICT JUDGE

*Counsel:*

Dori Ellen Richards
Western Agriculture Resource and Business Advocates
Albuquerque, New Mexico

      *Attorneys for the Plaintiff*

M. Karen Kilgore
Cuddy & McCarthy, LLP
Santa Fe, New Mexico

      *Attorneys for the Defendants*